IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Judith Holtzman,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 17-cv-425-jdp

Credit One Bank, N.A.,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that arbitration is compelled and the case is dismissed without prejudice.

| s/ J. Titak, Deputy Clerk | 3/6/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |